# Exhibit C

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF NEWPORT NEWS

| | |
|---|---|
| JONES, BLECHMA, WOLTZ & KELLY ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No.: CL0801064V-04 |
| vs. ) | |
| ) | |
| NIKOLAI I. SINKINE, ) | |
| ) | |
| Defendant ) | |

### MOTION TO INERVENE AS A CODEFENDANT

COMES NOW the Intervenor, Tatyana Babakaeva, *pro se*, and Pursuant to Virginia Supreme Court Rule 3:14 moves this Honorable Court for leave to intervene as a co-defendant in the above-style captioned case with the purpose to protect her interest in the property sought to be attached as a property of another.

In support of her motion, Intervenor states as follows:

1. On or about June 23, 2008 Plaintiff filed a Complaint for Pre-Trial Attachment seeking pre-trial attachment of the funds held in an escrow account of Mr. Paul Wilson, Esq. for satisfaction of alleged Principal Defendant's debt.

2. In the Complaint, Plaintiff does not plead that the escrow funds or any identifiable part thereof is a property of Principal Defendant or that Principal Defendant has interest in the escrow account.

3. The Divorce Court did not establish that Principal Defendant has any beneficiary interest in the escrow funds. The Divorce Court also did not rule if it reserved and/or still has

1

jurisdiction over the escrow funds, and the motion to rule on the jurisdictional issue is currently pending before the Divorce Court.

4. Intervenor has affirmatively claimed her undivided interest in the escrow funds.

5. After the date the Divorce Court granted to Tatyana Babakaeva divorce from the bonds of matrimony, Principal Defendant did not assert his interest in the escrow funds.

6. On June 21, 2008 Intervenor filed Petition Disputing Validity of Attachment and Stating a Third-Party Interest in the Property Sought to be Attached, pursuant to Virginia Code Section 8.01-573.

7. Intervenor bears substantial risk that a judgment may be entered for attachment of her property as a property of Principal Defendant.

WHEREFORE, Tatyana Babakaeva respectfully moves this Honorable Court for leave to intervene in this action as a Codefendant.

*Tatyana A. Babakaeva, pro se*

Tatyana A. Babakaeva, *pro se*
2124 Criston Dr
Newport News VA, 23602

## CERTIFICATE OF MAILING

I certify that on the 8th day of August, 2008 I hand-delivered a true and accurate copy of the foregoing Motion to Raymond Bacon, Esquire, Counsel for the Plaintiff, Quadros & Associates, P.C., 2715 Huntington Ave., Newport News, Virginia 23607.

*Tatyana A. Babakaeva*

Tatyana A. Babakaeva

2