**Bank of America** — **Higher Standards**

**Bank of Amer**

Home   Admin   Tools

| Payments | Receipts | Treasury | Trade | Images | Notifications |

# Next Options

04/30/:

## CONTROL INFORMATION

**PI Reference:**

- **Payment Type:** USD Wire
- **Debit Account:** ████████ ✓
- **Account Name:** IYTLE TITLE AND ESCROW LLC
- **Payment Amount:** $92,291.07 ✓
- **Payment Status:**
- **Value Date:** 04/30/2007
- **Your Reference:** LIED 03917 ✓

**BENEFICIARY BANK INFORMATION**
- **ID Type:** ABA ✓
- **ID:** ████0104 ✓ ✓
- **Name:** SUNTRUST BANK
- **Address:** 25 PARK PLACE NE
- **City:** ATLANTA
- **State:** GA
- **Country:** US

**BENEFICIARY INFORMATION**
- **ID Type:** ACCT
- **ID:** ████8354 ✓
- **Name:** Wilson & Wilson PC Trust Account
- **Address:**

**Charges:** None Selected

**Bank-to-Bank Information:**

**Details of Payment:** reference: Tatyana A. Babakaeva proceeds ✓

[ Edit Payment ]   [ Release Now ]   [ Save for Release ]

I certify that this a true copy Shirley A. Mitchell at Lytle Title & Escrow.

_Shirley A. Mitchell_    2/13/09
Shirley A. Mitchell      Date

🔒 Secure Area
Home • Online Privacy Policy

Exhibit 1