# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

JONES, BLECHMAN, WOLTZ & KELLY, P.C.,

      Plaintiff,

v.                                      ACTION NO. 4:08cv123

NIKOLAI I. SINKINE, and
TATYANA A. BABAKAEVA,

      Defendants.

## **O R D E R**

The undersigned conducted a settlement conference in the above-styled matter on April 24, 2009. During the course of the settlement conference, the undersigned conducted ex parte discussions with all the parties and provided opinions on legal and factual issues. Because of the nature of the settlement discussions, the undersigned will no longer preside over any contested issues in this case. However, the undersigned remains available for future settlement conferences. Therefore, the Clerk is DIRECTED to reassign this matter to an alternate U.S. Magistrate Judge.

Further, counsel for the plaintiff is ORDERED to file a Motion for Withdrawal and Proposed Order for Substitution of Counsel by May 1, 2009.

The Clerk shall mail a copy of this Order to plaintiff, counsel of record for the plaintiff, defendant Tatyana A. Babakaeva, and to the Courtroom Deputies for The Honorable Raymond A. Jackson and the undersigned.

                                                      /s/
                                      Tommy E. Miller
                                United States Magistrate Judge

Norfolk, Virginia
April 24, 2009