would be the first one to try to resolve it, and I would say Dear Judges -- address it to both -- what do you want me to do? And get out of it. And so it's a little bit surprising I haven't heard a formal response from him that we don't have any money. I have a question possibly about fees due him. And so we need to go ahead and resolve it, get the matter over here. I think when the matter comes over here I will put the funds with the clerk to at least resolve any questions right there and find out. And then we ought to go ahead and resolve it. And, you know, there's something to say for some decision right or wrong, make some decision and then let the parties appeal it.

MR. BACON: For the record, as the Court instructed me to, we did serve the Wilson's with notice of this Court's previous order. And no motion to intervene or anything to my knowledge has been filed.

THE COURT: And it could be that they don't believe they really have a dog in this fight. How is it that the funds got to Mr. Wilson? Was he involved in the real estate?

MR. SCHEMPF: The parties had agreed that he would hold it.

THE COURT: The parties had agreed? All right.

MR. SCHEMPF: After the marital house was