

**FILED**

AUG 28 2009

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
### Newport News Division

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

## ON APPEAL

| | |
|---|---|
| JONES, BLECHMAN, WOLTZ & KELLY, P.C. | PLAINTIFF, |
| v. | Case Number: 4:08cv123 |
| NIKOLAI I. SINKINE<br>TATYANA A. BABAKAEVA, | DEFENDANTS |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is:

☐ **GRANTED.**

☒ **DENIED**, for the following reasons:

_Appeal lacks meritorious character_

ENTER this _28th_ day of _August_, 2009.

_____
Signature of Judicial Officer

Raymond A. Jackson, U.S. District Judge
Name and Title of Judicial Officer